**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Merced MARTINEZ–SOLIS,**
**Defendant–Appellant.**

**No. 06–50669**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 29, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Merced Martinez–Solis appeals the 24–month non-guidelines sentence he received after pleading guilty to illegal reentry following deportation. Martinez–Solis argues that his sentence is unreasonable because the district court (1) gave significant weight to an irrelevant factor by sentencing him based on the seriousness of his prior intoxication manslaughter conviction; (2) failed to account for a factor that should have received significant weight by not considering that he was successfully recovering from alcoholism; and (3) committed a clear error of judgment in the weight it afforded to his prior convictions that were not counted in his U.S.S.G. criminal history score compared against his recovery from alcoholism. Martinez–Solis fails to demonstrate that the district court abused its discretion with regard to the reasonableness of the non-guidelines sentence. *See United States v. Reinhart,* 442 F.3d 857, 864 (5th Cir.), *cert. denied,* —— U.S. ——, 127 S.Ct. 131, 166 L.Ed.2d 96 (2006); *United States v. Smith,* 440 F.3d 704, 707–10 (5th Cir.2006).

AFFIRMED.